IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01428-RPM

JANET OTTO,

        Plaintiff,

v.

FALCON FIRE PROTECTION DISTRICT,
TRENT HARWIG and
BUD KUCERA,

        Defendants.

---

ORDER OF DISMISSAL WITHOUT PREJUDICE

---

        The complaint filed in this matter on July 29, 2005, did not expressly invoke federal jurisdiction for a claim under Title VII of the Civil Rights Act of 1964, as amended, and did assert claims for relief under analogous Colorado law.  The defendant filed an answer on September 9, 2005, with an objection to subject matter jurisdiction.  The plaintiff filed a response on September 29, 2005, with a motion to file an amended complaint, asserting that the conditions precedent to a claim under Title VII had been met by a filing with the EEOC and a notice of right to sue letter.  At the scheduling conference held today, the Court inquired with respect to the number of employees of the defendant Falcon Fire Protection District.  It appearing that the District does not have fifteen employees and is not therefore a statutory employer under Title VII, it is now

ORDERED that this civil action is dismissed, without prejudice, for lack of federal subject matter jurisdiction.

Dated: October 21, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge